AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of New Jersey

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. |
| ANTHONY BARBARINO | ) | 22-mj-17051 (SAK) |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __August 3, 2022__ in the county of __Atlantic__ in the _____ District of __New Jersey__, the defendant(s) violated:

| Code Section | Description of Offenses |
|---|---|
| 18 U.S.C. Sections 2252A(a)(5)(B) and 2 | Possession of child pornography |

This criminal complaint is based on these facts:

See Attachment B

☑ Continued on the attached sheet.

*Martin Steiner*
Complainant's signature

Special Agent Martin Steiner, HSI
Printed name and title

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by __telephone__ *(specify reliable electronic means).*

Date: 08/03/2022

*Sharon A. King*
Judge's signature

City and state: District of New Jersey — Hon. Sharon A. King, U.S. Magistrate Judge
Printed name and title

CONTENTS APPROVED

UNITED STATES ATTORNEY

BY: _____
ELISA T. WIYGUL
Assistant United States Attorney

Date:   August 3, 2022

## ATTACHMENT A

### COUNT ONE
(Possession of Child Pornography)

On or about August 3, 2022, in Atlantic County, in the District of New Jersey and elsewhere, the defendant,

### ANTHONY BARBARINO,

did knowingly possess and attempt to possess material that contained images of child pornography, as defined in Title 18, United States Code, Section 2256(8), involving a prepubescent minor and a minor who had not attained 12 years of age, which images had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, and which images were produced using materials that had been mailed, shipped, and transported in or affecting interstate or foreign commerce by any means, including by computer.

In violation of Title 18, United States Code, Section 2252A(a)(5)(B) and Section 2.

## **ATTACHMENT B – AFFIDAVIT IN SUPPORT OF COMPLAINT**

I, Martin Steiner, being fully sworn, depose and state as follows:

### Introduction

1. I am a Special Agent with the United States Department of Homeland Security, Immigration and Customs Enforcement ("ICE"), Homeland Security Investigations ("HSI"), assigned to the Resident Agent in Charge ("RAC") Atlantic City Office located in Egg Harbor Township, New Jersey. I have been employed as a Special Agent since December 2020. In 2012, I graduated *Cum Laude* from Rutgers University School of Law – Camden. From 2013 through 2017, I served as a Deputy Attorney General with the New Jersey Division of Criminal Justice. In 2017, I graduated from the New Jersey Division of Criminal Justice Basic Course for Investigators Academy at Sea Girt, New Jersey. I am a graduate of the Federal Law Enforcement Training Center Criminal Investigator Training Program and the Homeland Security Investigations Special Agent Training program where I received advanced investigative training related to criminal investigations, including child exploitation investigations.

2. I have received specialized training in the investigation of offenses involving child pornography (as defined in 18 U.S.C. § 2256) and child exploitation, and have, as part of my daily duties, investigated criminal violations relating to child exploitation and child pornography, including violations pertaining to the sexual exploitation of children, illegally possessing, receiving, distributing, producing, and/or transporting child pornography, and the online enticement of minors.

3. This Affidavit is submitted for the sole purpose of establishing probable cause to support the issuance of an arrest warrant and criminal complaint charging defendant ANTHONY BARBARINO ("BARBARINO") with possession of child pornography, in violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and 2. Because this Affidavit is submitted for that

1

limited purpose, I have not included each and every fact known to law enforcement concerning this investigation.

4. The information contained in this Affidavit is based upon my personal knowledge and observation, my training and experience, conversations with other law enforcement officers, and the review of documents and records. Statements of others are set forth in substance and in part. The events described in this Affidavit occurred on or about the dates provided herein.

5. At all times relevant to this Complaint, BARBARINO resided in or around Egg Harbor City, New Jersey.

6. On July 29, 2022, law enforcement obtained a search warrant for BARBARINO's residence (the "Residence"), which law enforcement executed on or about August 3, 2022. While executing the search of the Residence, law enforcement seized and then searched, among other things, an external hard drive (the "Hard Drive") that was physically connected to a desktop computer (the "Computer").

7. The desktop computer and the Hard Drive were located in a bedroom, which BARBARINO stated, after being *Mirandized*, was his and his alone. BARBARINO also stated, in substance and in part, that the Computer was his. Additionally, one of the Hard Drive's volume names, as extracted by a forensic tool applied to the Hard Drive while it was still at the Residence was "Barb's External." The investigation has revealed that "Barbs" is BARBARINO's nickname on Facebook. Based on a preliminary forensic examination of the Computer, Windows lists the registered owner of the Computer as an e-mail address that includes the full name Anthony J. Barbarino.

10. A forensic preview of the Hard Drive revealed in excess of 10 videos of suspected child pornography located within the "Recycling Bin" folders.

11. The following are descriptions of three of the files that were found on the Hard Drive:

| Redacted File Name | Description |
|---|---|
| (Pthc[1] Pedo) Extreme XXXXX.avi | The video is approximately 48 seconds in length. The video depicts a prepubescent nude female in a bathtub lying on her back wearing a costume mask, holding her legs behind her head, exposing her vagina and anus. At approximately 16 seconds an adult male voice states "here it comes, are you ready?" At approximately 18 seconds a stream of urine is directed from above onto the body and face of the prepubescent nude female. At approximately 34 seconds a penis appears in the bottom part of the video. The video concludes with the prepubescent nude female standing up in the bathtub. |
| Incest – Father XXXXX.avi | The video is approximately 10 minutes and 43 seconds long. The video depicts multiple scenes of sexual intercourse involving an adult male and two prepubescent females. The video begins with a male engaging in vaginal intercourse with a prepubescent female. At approximately 34 seconds a prepubescent female touches and then digitally penetrates her vagina. At approximately 5 minutes and 45 seconds, two prepubescent females in engage in oral sex. At approximately 7 minutes and 15 seconds an adult male inserts his penis into the vagina of a prepubescent female and engages in vaginal intercourse. |
| Pthc Moscow XXXXX.avi | The video is approximately 1 hour 48 minutes and 8 seconds long. The video depicts a prepubescent nude female wearing a costume mask. The prepubescent female engages in multiple sexual acts with an adult male and female. At approximately 31 minutes and 35 seconds a cylinder-shaped object is placed in the vaginal and anus area of the prepubescent female. Subsequently, multiple foreign objects are inserted in the anus and vagina of the prepubescent female. At approximately 1 hour 16 minutes and 40 seconds an adult male ejaculates on the prepubescent female. At approximately 1 hour 24 minutes and 10 seconds an adult male inserts a cylinder-shaped object into the anus of the prepubescent female. At approximately 1 hour and 30 minutes an adult male ejaculates on the body of the prepubescent female and then uses a cloth to wipe off the semen. |

12. Based on my education, training and experience, and my discussions with other law enforcement officers, and to the best of my knowledge and belief, the videos described above were transported and transmitted in interstate commerce and were transported and

---

[1] Based on my training and experience, "pthc" is a term used by those interested in child pornography meaning "preteen hard core."

3

transmitted using any means and facility of interstate and foreign commerce, including by computer.

13. In addition, based upon my education, training and experience, and my discussions with other law enforcement officers, and to the best of my knowledge and belief, the videos described above were produced using materials that were mailed, shipped, and transported in or affecting interstate or foreign commerce by any means, including by computer.

Respectfully submitted,

*Martin Steiner*

MARTIN STEINER
Special Agent
Homeland Security Investigations

Attested to by telephone pursuant to Fed. R. Crim. P. 4.1(b)(2)(A) on August 3, 2022, in the District of New Jersey.

*Sharon A. King*

HON. SHARON A. KING
UNITED STATES MAGISTRATE JUDGE