# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

CAMDEN                                            MAGISTRATE JUDGE SHARON A. KING

Court Reporter: Zoom                              August 3, 2022

**Title of Case:**                                Mag. No. 22-17051(SAK)
UNITED STATES OF AMERICA
           V.
ANTHONY BARBARINO
DEFENDANT PRESENT via Zoom

**Appearances:**
Elisa Wiygul, AUSA for Government
Lori Koch, AFPD for Defendant.
Wayne Webb, US Pretrial

**Nature of Proceedings:**    INITIAL APPEARANCE

Deft. consents to use of video conferencing for hearing; Order to be entered.
Deft informed of rights and penalties and charges.
Hearing on application of defendant for appointment of counsel;
Financial Affidavit filed.
Ordered application GRANTED; Ordered Lori Koch, AFPD appointed; Order entered.
Deft. Waives reading of Complaint
Hearing on application of govt for detention; Detention Hearing set for 8/5/22 or a date that can be set up with Salem County: Order of detention entered.
Waiver of Preliminary Hearing to be discussed at detention hearing
Oral order read into the record under Rule 5(f); Order entered


Time Commenced: 4:41 pm    Time Adjourned:   5:00 pm Total time:   19 Minutes

                                                s/ Marnie Maccariella
                                                Deputy Clerk