UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Cr. No.  22-17051(SAK) |
| | : | |
| V. | | **ORDER** |
| | : | |
| ANTHONY BARBARINO | : | |
| | : | |

Pursuant to Rule 5(f) of the Federal Rule of Criminal Procedure, and as set forth on The record during the initial appearance of the defendant on this 3RD day of AUGUST, 2022, in the presence of both the prosecutor and defense counsel in this matter, the Court confirms the United States' continuing obligation to produce all exculpatory evidence to the defendant pursuant to *Brady v. Maryland,* 373 U.S. 83 (1963) and it progeny, and orders it to do so. Failing to do so in a timely manner may result in consequences, including, but not limited to, the Court's order to produce information, the granting of a continuance, the exclusion of evidence, adverse jury instructions, dismissal of charges, contempt proceedings, or sanctions by the Court.

*Sharon A. King* (signature)
Hon. Sharon A. King
United States Magistrate Judge