UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

WHIPPLE AZZARELLO, LLC
(John A. Azzarello, Esq., JA 4363)
161 Madison Avenue, Suite 325
Morristown, New Jersey 07960
(973) 267-7300
Attorneys for Defendant Anthony Barbarino

| | |
|---|---|
| UNITED STATES OF AMERICA, | **Magistrate Judge Sharon A. King** |
| v. | Mag. No. 22-mj-17051 |
| ANTHONY BARBARINO,<br>Defendant. | **CONSENT ORDER TO GRANT MODIFICATION TO CONDITIONS OF RELEASE**<br>Document Electronically Filed |

**THIS MATTER** having been opened to the Court on the application of Defendant Anthony Barbarino, through retained counsel, John A. Azzarello, Esq., Whipple Azzarello LLC, for the entry of an Order granting Defendant permission to (a) attend Thanksgiving dinner at his grandmother's home and (b) engage in fur trapping for purposes of generating income, and Mr. Barbarino having advised his U.S. Pretrial Services Officer of his requests, and the U.S. Pretrial Services Office for the District of New Jersey having no objection to Defendant's requests; the United States of America through Assistant United States Attorney Elisa Wiygul having consented to Defendant Barbarino's requests; and the Court having considered the merits of this application; and good cause having been shown;

It is **HEREBY ORDERED** on this 1st day of November, **2022,** as follows:

Thanksgiving Holiday Travel

1. Mr. Barbarino is permitted to travel to his grandmother's home in Toms River, New Jersey on November 24, 2022, to attend Thanksgiving dinner, leaving his home at 1 p.m. and returning home at 8 p.m.
2. Mr. Barbarino will go directly to and from his grandmother's home in the presence of his third-party custodian.
3. Mr. Barbarino will not access at any time (consistent with the conditions of release already in place) any computer or internet connected device.
4. No minors will be present at Thanksgiving dinner.

Fur Trapping Business

1. Mr. Barbarino is permitted to engage in fur trapping as a means of financially supporting himself, which would require him to travel to and remain within the Edwin B. Forsythe National Wildlife Refuge in Galloway, New Jersey. Specifically, Mr. Barbarino is permitted to:
    a. Attend a meeting at the Edwin B. Forsythe National Wildlife Refuge headquarters on November 4, 2022, to bid on access to fur trapping locations within the wildlife refuge.
    b. Travel to and from the fur trapping locations he gains access to via the bidding process daily to check his traps and scout locations, which could require Mr. Barbarino to spend up to seven hours per day in the wildlife refuge, for the duration of the fur trapping season, which spans from November 7, 2022 until March 15, 2023.

2. The following permission is granted in consideration of the following facts: (1) Mr. Barbarino can and will be tracked within the wildlife refuge via GPS monitoring, and (2) due to the regulated nature of fur trapping, Mr. Barbarino will be the only person, besides U.S. Fish and Wildlife personnel, allowed in the areas of the refuge where he will conduct his fur trapping activities.

All other terms and conditions of Mr. Barbarino's pre-trial release shall remain in full force and effect until further Order of this Court.

*Sharon A. King*

**MAGISTRATE JUDGE**
**Sharon A. King**

**Form and entry consented to:**

PHILIP R. SELLINGER
UNITED STATES ATTORNEY

By: /s/ Elisa T. Wiygul
    Elisa T. Wiygul, Assistant U.S. Attorney

WHIPPLE AZZARELLO, LLC
Attorneys for Defendant Anthony Barbarino

By:   s/John A. Azzarello
    John A. Azzarello, Esq.